**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HON. ROY K. ALTMAN**

**ORDER SCHEDULING VIDEO STATUS CONFERENCES**

The cases listed below are set for a status conference on **Thursday, April 6, 2023, at 2:00 p.m. Absent good cause, counsel in the Miami Division cases must attend in person** at the Wilkie D. Ferguson Jr. U.S. Courthouse, 400 North Miami Avenue Courtroom 12-4, Miami, Florida 33128. **Counsel in the Broward Division cases may appear *either* in person *or* by Zoom**. For those attending by Zoom, the Meeting ID is 160 7688 8099. The Passcode is 183310.[1] Accordingly, the Court hereby **ORDERS** as follows:

1. The Clerk is **DIRECTED** to file this Order in **each** of the below cases.

2. The parties are **not** personally required to appear.

3. If the parties settle before our hearing date, they shall promptly notify the Court.

4. Plaintiff's counsel must appear with the entire case file. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of this Order.**

5. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.

6. The cases will be called according to the following schedule:

    a. 23-cv-20671 – *Mahlberg v. Bonpoint USA Inc.*

    b. 23-cv-60230 – *Cordwell v. Monarch Air Group, LLC*

    c. 23-cv-60192 – *Oliveros et al. v. N.C.J. Restaurant Group LLC et al.*

---

[1] The Court does not issue a Zoom link. Please access the Zoom meeting by going to Zoom.us (or opening a Zoom app), clicking "join a meeting," and entering the Meeting ID and Passcode.

d. 23-cv-60213 – *Naylor v. Antione Rouse, LLC et al.*

e. 23-cv-21072 – *Espinoza v. Anthropologie, Inc.*

f. 23-cv-20293 – *Lakhani v. MMG Ponce One, LLC et al.*

g. 23-cv-20281 – *Ruiz-Alfonso v. Dominion Tower, L.C.*

h. 23-cv-20304 – *ZAGG Inc. v. TX Trading, Inc.*

i. 23-cv-20676 – *Arrez et al v. Southmost Drywall, Inc.*

j. 22-cv-10115 – *Moser v. HomeCraft Builders, Inc.*

k. 23-cv-20984 – *Mateo v. Security Management Innovations, Inc. et al.*

l. 22-cv-24036 – *Gutierrez v. Aventura Beach Club Condo Association, Inc.*

m. 22-cv-62276 – *Walsh v. Disability Help Group, LLC*

n. 23-cv-60235 – *Houston v. Baby Marathon, LLC et al.*

o. 23-cv-60175 – *Ward v. Aventa Health LLC*

p. 23-cv-60334 – *Rogers v. New England Oyster House of South Fort Lauderdale, Inc.*

q. 23-cv-20907 – *Martinez v. LH 528 SW 9th Developer, LLC*

r. 23-cv-60208 – *Cohan v. Hotel Motel, Inc.*

s. 23-cv-60258 – *Cohan v. Balogh Partnership II, LLC*

t. 23-cv-60308 – *Correa v. Motor Company of Plantation, Inc.*

u. 23-cv-20578 – *Amador v. Cafeteria Caribe 2 Corp., et al.,*

v. 23-cv-60588 – *Barberi v. Susel Perez Nieves, DDS P.A., et al.,*

w. 23-cv-20978 – *Watson v. Ben & Giules, Inc.*

x. 23-cv-20998 – *Gonzalez v. Botanico, LLC*

y. 23-cv-60289 – *Oatts v. Ocean Detailing USA Management Inc*

z. 23-cv-20979 – *Gonzalez v. Coconut Grove Convenience, Inc., et al.,*

**DONE AND ORDERED** in the Southern District of Florida on March 27, 2023.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:counsel of record